Adeline Galatzer, Plaintiff-Appellant, v. Richard Schwartz, Defendant-Appellee.

Gen. No. 47,935. 

First District, First Division.

July 1, 1960.

James A. Dooley, of Chicago, for appellant; Wyatt Jacobs, Jacobs, Miller and Lederleitner, of Chicago (Joseph B. Lederleitner, of counsel) for appellee. Opinion by PRESIDING JUSTICE KILEY. Not to be published in full.